IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-CV-21256

INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA,

    Plaintiff,

v.

RUSTICA DE SERRANO VILLAGRA G. Y VILLAGRA F. LLC d/b/a LORETTA AND THE BUTCHER and CONSTANTINOS GRILLAS,

    Defendants.

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Innovative Sports Management, Inc. d/b/a Integrated Sports Media ("Plaintiff") hereby provides the following information:

1. **For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:** There is no parent corporation or publicly held corporation that owns 10% or more of Plaintiff's stock.

2. **A complete list of all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:**

   A. Innovative Sports Management, Inc. d/b/a Integrated Sports Media

   B. Rustica De Serrano Villagra G. Y Villagra F. LLC d/b/a Loretta and The Butcher

   C. Constantinos Grillas

   D. Copycat Legal PLLC

   E. Daniel DeSouza, Esq.

| | |
|---|---|
| Dated: April 4, 2024. | COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br><br>By: /s/ Daniel DeSouza_____<br>    Daniel DeSouza, Esq.<br>    Florida Bar No.: 19291 |

### CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.