## RETURN OF SERVICE

State of Florida        County of SOUTHERN        DISTRICT Court

Case Number: 1:24-CV-21256-CMA

Plaintiffs:
**INNOVATIVE SPORTS MANAGEMENT INC. D/B/A INTEGRATED SPORTS MEDIA**

vs.

Defendant:
**RUSTICA DE SERRANO VILLAGRA G. Y VILLAGRA F. LLC D/B/A LORETTA AND THE BUTCHER**

For:
DANIEL DeSOUZA
COPYCAT LEGAL, PLLC
3111 NORTH UNIVERSITY DRIVE
SUITE 301
CORAL SPRINGS, FL 33065

Received by NOLAN PROCESS SERVERS, LLC on the 21st day of November, 2024 at 1:37 pm to be served on **WELLS FARGO, N.A. C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **22nd day of November, 2024** at **9:05 am**, I:

**CORPORATE:** served by delivering a true copy of the **WRIT OF GARNISHMENT** with the date and hour of service endorsed thereon by me, to: **DENNIS RATLIFFE** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of WELLS FARGO, N.A. C/O CORPORATION SERVICE COMPANY at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30+, Sex: M, Race/Skin Color: WHITE, Height: 6'0", Weight: 210, Hair: DARK BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**MICHAEL C. NOLAN**
Certified Process Server, #111

NOLAN PROCESS SERVERS, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2024017031

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21256-CMA

INNOVATIVE SPORTS MANAGEMENT,
INC. d/b/a INTEGRATED SPORTS MEDIA,

    Plaintiff,

v.

RUSTICA DE SERRANO VILLAGRA G. Y
VILLAGRA F. LLC d/b/a LORETTA AND
THE BUTCHER,

    Defendant.

_____

*Stamp:* Date: 11-22-24  Time: 9:05A
MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

## WRIT OF GARNISHMENT

TO THE MARSHAL OF THE SOUTHERN DISTRICT OF FLORIDA:

YOU ARE COMMANDED to summon garnishee **Wells Fargo Bank, N.A.,** c/o CORPORATION SERVICE COMPANY, 1201 Hays Street, Tallahassee, FL 32301 to serve an answer to this writ on plaintiff Innovative Sports Management's attorney, whose name and address is:

    COPYCAT LEGAL PLLC
    3111 N. University Drive
    Suite 301
    Coral Springs, FL 33065
    Telephone: (877) 437-6228
    dan@copycatlegal.com
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291

You are required to serve your answer to this writ of garnishment within twenty (20) days after service on the garnishee, exclusive of the day of service and to file the original with the Clerk of the Court either before service on plaintiff's attorney or immediately thereafter, stating whether the garnishee is indebted to defendant RUSTICA DE SERRANO VILLAGRA G. Y VILLAGRA F. LLC d/b/a LORETTA AND THE BUTCHER at the time of the answer or was indebted at the